UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | CV416-217 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| FUNDS SEIZED FROM RIVER CITY BANK ACCOUNT ENDING IN XXXX4445, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Government's motion to stay this civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g). Having reviewed and considered the Government's motion and memorandum in support thereof, the Court finds that good cause supports the stay requested by the Government.

It is hereby **ORDERED** that the Government's motion is **GRANTED** and that this case is **STAYED** until the conclusion of the related criminal case. It is **FURTHER ORDERED** that the Government shall notify the Court in writing of the disposition of the criminal case no later than **thirty (30) days** following said disposition.

SO ORDERED this 8Th day of August, 2016.

_____
HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA