UNITED STATES OF AMERICA, )
                                )
    Plaintiff,          )
                                )
v.                              )    CASE NO. CV416-217
                                )
FUNDS SEIZED FROM RIVER CITY )
BANK ACCOUNT ENDING IN )
XXXX4445, et al.,               )
                                )
    Defendants.         )
_____ )

## O R D E R

Before the Court is Plaintiff's Response to the Court's
Order to Show Cause. (Doc. 16.) This action was initiated by
Plaintiff on August 5, 2016 by filing a verified complaint for
civil forfeiture in rem. (Doc. 1.) On June 10, 2019, this Court
entered an order directing Plaintiff to show cause as to why no
action has been taken in the case. (Doc. 15.) On June 20, 2019,
Plaintiff responded and informed the Court that two defendants
in the associated criminal case have not yet been sentenced and
that, accordingly, Plaintiff has been unable to obtain a Final
Order of Forfeiture. (Doc. 16 at 3.) Additionally, as Plaintiff
noted, this civil forfeiture action was stayed by order dated
August 8, 2016 until the conclusion of the related criminal
case. (Doc. 4.)

"A district court has inherent authority to manage its own
docket 'so as to achieve the orderly and expeditious disposition

of cases.' " Equity Lifestyle Properties, Inc. v. Fla. Mowing And Landscape Serv., Inc., 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting Chambers v. NASCO, Inc., 501 U.S. 32, 43, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991)). Due to the nature and status of this civil forfeiture action, the Court finds that this action should be administratively terminated at this time. The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE THIS CASE.** All parties retain the right to request at any time that the Court reopen this case.

SO ORDERED this _8th_ day of July 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA